IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EAN MIKALE, and ALEDIA MIKALE,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPT. OF LABOR, NEBRASKA DEPARTMENT OF EDUCATION, and NEBRASKA DEPARTMENT OF LABOR,<br><br>Defendants. | 4:20CV3101<br><br>**MEMORANDUM AND ORDER** |

Plaintiffs Ean Mikale and Aledia Mikale, both non-prisoners, filed Motions for Leave to Proceed in Forma Pauperis. (Filings 2 & 3.) Upon review of Plaintiffs' Motions, the court finds that Plaintiffs are financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiffs are advised that the next step in their case will be for the court to conduct an initial review of their claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 2nd day of September, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge